

| | | |
|---|---|---|
| NEW YORK | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| LONDON | | BALTIMORE |
| SINGAPORE | | WILMINGTON |
| PHILADELPHIA | | MIAMI |
| CHICAGO | | BOCA RATON |
| WASHINGTON, DC | ERIC R. BRESLIN | PITTSBURGH |
| SAN FRANCISCO | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SILICON VALLEY | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| SAN DIEGO | *E-MAIL:* erbreslin@duanemorris.com | CHERRY HILL |
| SHANGHAI | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| LOS ANGELES | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | MEXICO CITY |
| | | ALLIANCE WITH |
| | | MIRANDA & ESTAVILLO |
| | | SRI LANKA |
| | | ALLIANCE WITH |
| | | GOWERS INTERNATIONAL |

February 4, 2015

**VIA ECF**

Hon. Anne E. Thompson
United States District Court Judge
District of New Jersey
Clarkson S and US Courthouse
Fisher Federal Building
402 E State Street
Trenton, N.J.  08608

      Re:    **United States v. Parikh, 3:14-cr-00045 (AET)**

Dear Judge Thompson,

      We are the attorneys for Mr. Parikh, whose sentencing is scheduled for February 19, 2015.

      Last Wednesday, we received the draft PSR and we are working to review it and to formulate appropriate comments and objections for the Court.  We are working diligently to prepare for the sentencing in this matter, but given our very recent receipt of the draft PSR, the schedule set forth in the Court's Standing Order is just not workable for a sentencing date of February 19th.

      We therefore request one last adjournment of the sentencing date in this matter, to a date sometime in early April or late March.  I have conferred with Ms. Chen and am advised that the government does not object to this request on our part.

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                                    WALTER GREENHALGH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                    PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\5198965.2

Hon. Anne E. Thompson
February 4, 2015
Page 2

We thank the Court for its consideration.

Respectfully submitted,

_____/s/_____
Eric R. Breslin

cc:
AUSA Shana W. Chen, via ECF
Officer Diana Rivera, U.S. Probation Office (via Fed Ex)