UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE ANNE E. THOMPSON
COURT RECORDER: J. CAMPBELL
                                    DATE OF PROCEEDINGS: 04/09/2015

TITLE OF CASE:
UNITED STATES OF AMERICA
          vs.
                                    CRIMINAL DOCKET #: 14-45(AET)-01
DHIRENKUMAR PARIKH, DEFENDANT PRESENT.

APPEARANCES:
Shana W. Chen, Assistant United States Attorneys
Eric Breslin, Esquire for Defendant
Maryellyn Muller, Supervising, U.S. Probation Officer

NATURE OF PROCEEDINGS:
DEFENDANT SENTENCED TO A TWO-COUNT INFORMATION.
SENTENCE: 12 months & 1 day of imprisonment imposed on each count, each count to run concurrently.
Ordered defendant to voluntarily surrender on a date to be determined by the Bureau of Prisons.
SUPERVISED RELEASE: 3 years on each count to run concurrent with special conditions.
PROBATION: N/A
FINE: $4,500.00 per count; total: $9,000.00.
RESTITUTION: N/A
SPECIAL ASSESSMENT: $100 per count; total $200 (due immediately).
Defendant advised of his right to appeal.
Ordered bail continued.

TIME COMMENCED: 12:20 p.m.
TIME ADJOURNED: 12:45 p.m.
TOTAL TIME: 25 minutes

                                    s/Dana Sledge-Courtney
                                    Courtroom Deputy