NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
SHANGHAI
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY

# Duane Morris®

FIRM and AFFILIATE OFFICES

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
E-MAIL: erbreslin@duanemorris.com

www.duanemorris.com

ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

SRI LANKA
ALLIANCE WITH
GOWERS INTERNATIONAL

RECEIVED MAY 14 2015 AT 8:30 __M WILLIAM T. WALSH CLERK

RECEIVED MAY 13 2015 Chambers of Anne E. Thompson, U.S.D.J.

May 11, 2015

**VIA FEDERAL EXPRESS (PLEASE DO NOT FILE ON ECF)**
Hon. Anne E. Thompson
United States District Court Judge
District of New Jersey
Clarkson S. Fisher United States
Courthouse and
Federal Building
402 E State Street
Trenton, New Jersey 08608

Re:   **United States v. Parikh, 3:14-cr-00045 (AET)**

[Handwritten: Denied to order / Anne E. Thompson USDJ / 5/13/15 / Defendants Request Denied]

Dear Judge Thompson:

We represent defendant Dhirenkumar Parikh. Mr. Parikh was sentenced by this Court on April 9, 2015 to a term of incarceration of one year and one day. We write to request an adjournment of Mr. Parikh's surrender date, which is now scheduled for May 14, 2014.

Mr. Parikh received notice from the Bureau of Prisons by letter dated May 4, 2015, which was received on or about May 6th. This gave Mr. Parikh approximately one week's notice of his impending surrender date and the location (Brooklyn) at which he will be confined.

While Mr. Parikh admittedly knew that an assignment was coming as of the date of his sentencing in April, he has simply not had sufficient time to prepare his family and put his personal and business affairs in order so as to be prepared for his absence from the family and his professional interests.

We therefore request that the Court adjourn Mr. Parikh's surrender date by a period of at least four weeks.

One of the reasons that Mr. Parikh has been unable to finalize his preparations for his departure is that he is continuing to cooperate with the United States. Since his sentencing, Mr.

DUANE MORRIS LLP    A DELAWARE LIMITED LIABILITY PARTNERSHIP                                    WALTER GREENHALGH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                    PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429
DM1\5632442.1

Anne E. Thompson
May 11, 2015
Page 2

DuaneMorris

Parikh has continued to be a resource for federal law enforcement examining a variety of immigration related issues and has made an additional two trips to Virginia at the behest of federal law enforcement and in furtherance of his on-going cooperation. These efforts have, naturally enough, delayed Mr. Parikh's preparation for his surrender.

    I have spoken with Ms. Chen regarding this matter. She has informed me that the government opposes our request.

Respectfully submitted,

Eric R. Breslin

Attachment
cc:   AUSA Shana Chen, via Federal Express

DM1\5632442.1

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

WILFREDO TORRES
CHIEF PROBATION OFFICER

THOMAS C. MILLER
SR. DEPUTY CHIEF PROBATION OFFICER

BETH L. NEUGASS
DEPUTY CHIEF PROBATION OFFICER

May 4, 2015

U.S. COURTHOUSE
50 WALNUT ST.
ROOM 1001
NEWARK, NJ 07102
(973) 645-4240
FAX: (973) 645-3173

www.njp.uscourts.gov

Dhirenkumar Parikh
85 Arizona Avenue
Old Bridge, NJ 08857

Reg. Number: 64536-050
DOB: 08/15/1977
Docket Number: 14-00045-001
PACTS Number: 64387

**Re: VOLUNTARY SURRENDER TO DESIGNATED INSTITUTION**

Dear Mr. Parikh:

This is to inform you that the Federal Bureau of Prisons has designated **Brooklyn** located at **80 29th Street, Brooklyn, NY 11232** as the institution for you to serve your sentence.

**You are to voluntarily surrender to this institution at or before NOON on Thursday, May 14, 2015. If you have any specific questions concerning the facility, please call the institution directly at 718-840-4200.**

Please understand that your failure to comply with this order will result in the institution considering you to be a fugitive.

Very truly yours,

Marybeth Wohl
Administrative Assistant

/mw

cc: The Honorable Anne E. Thompson, USDJ
AUSA Shana W. Chen
Mauro M. Wolfe, Esq.
U.S. Marshal, Trenton, N.J.
Pretrial Services, D/NJ
Institution
File