

U.S. Department of Justice

*United States Attorney*
*District of New Jersey*

*970 Broad Street, Suite 700*         *(973) 645-2700*
*Newark, NJ 07102*

July 31, 2015

Michael Dixon
United States District Court
Martin Luther King Jr.
Federal Building & Courthouse
50 Walnut Street
Newark, New Jersey 07102

    Re:    <u>U.S. v. DHIRENKUMAR PARIKH, Crim. No. 14-45 (AET)</u>

Dear Mr. Dixon:

    Please be advised that the above matter has been completed as to defendant <u>DHIRENKUMAR PARIKH</u>.   Kindly cancel the Courts' Recognizance No. NEW-4100, filed 6/5/2012 for the amount of $150,000. as soon as possible.

    Thank you.

    Very truly yours,

    PAUL J. FISHMAN
    United States Attorney

    /s/ SHANA W. CHEN

    By: Shana W. Chen
    Assistant U.S. Attorney